**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANDON SUMMERS,<br><br>　　　Plaintiff<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>　　　Defendants | Case No.: 2:20-cv-01815-APG-EJY<br><br>**Order Denying Motions to Dismiss as Moot**<br><br>[ECF Nos. 9, 10] |

　　　In light of the amended complaint (ECF No. 12),

　　　I ORDER that the defendants' motions to dismiss **(ECF Nos. 9, 10) are DENIED as moot** because they are directed at the original complaint.

　　　DATED this 1st day of December, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE