# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON SUMMERS, | Case No.: 2:20-cv-01815-APG-EJY |
| Plaintiff | **Order for Status Report** |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendants | |

On December 14, 2020, I stayed this action so the parties could pursue settlement. ECF No. 17. More than six months have passed without an update from the parties.

I THEREFORE ORDER that by July 30, 2021, the parties shall file a status report.

DATED this 9th day of July, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE