**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANDON SUMMERS,<br><br>    Plaintiff<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>    Defendants | Case No.: 2:20-cv-01815-APG-EJY<br><br>**Order Denying Motions to Dismiss Without Prejudice**<br><br>**[ECF Nos. 14, 15]** |

In light of the parties' status report (ECF No. 20) indicating they are pursuing settlement of the plaintiffs' claims,

I ORDER that the defendants' motions to dismiss **(ECF Nos. 14, 15) are DENIED without prejudice** to refile if the settlement does not resolve this matter.

DATED this 2nd day of August, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE