# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON SUMMERS,<br><br>    Plaintiff<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>    Defendants | Case No.: 2:20-cv-01815-APG-EJY<br><br>**Order for Status Report** |

    On December 14, 2020, I stayed this action so the parties could pursue settlement. ECF No. 17.  On July 30, the parties filed a joint status report requesting until September 28, 2021 to settle the case. ECF No. 20.  The parties have not filed a stipulation to dismiss or a status report since that time.

    I THEREFORE ORDER that by November 19, 2021, the parties shall file a status report. The failure to do so will result in this case being dismissed without prejudice.

    DATED this 29th day of October, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE