**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
 Attorneys for Defendants Las Vegas
 Metropolitan Police Department, Sheriff
 Joseph Lombardo, Sergeant Mark Cirkosz,
 Officer Jake Freeman, Officer Blake Vernon,
 and Officer Gerardo Reyes

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON SUMMERS,<br><br>      Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; CLARK COUNTY, a political subdivision of the State of Nevada; SHERIFF JOSEPH LOMBARDO, an individual; SERGEANT MARK CIRKOSZ, an individual; OFFICER JAKE FREEMAN, an individual; OFFICER BLAKE VERNON, an individual; and OFFICER GERARDO REYES, an individual,<br><br>      Defendants. | Case Number:<br>2:20-cv-01815-APG-EJY<br><br>**JOINT STATUS REPORT** |

Plaintiff BRANDON SUMMERS ("Plaintiff"), Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, SHERIFF JOSEPH LOMBARDO, SERGEANT MARK CIRKOSZ, OFFICER JAKE FREEMAN, OFFICER BLAKE VERNON, and OFFICER GERARDO REYES (collectively "LVMPD Defendants"), and Defendant CLARK COUNTY, by their respective counsel, hereby stipulate to the following:

1. During the Fed. R. Civ. P. 26(f) conference conducted on December 9, 2020, the Parties determined that this matter was appropriate for possible early resolution and that a stay of discovery and other deadlines would allow the Parties to explore the possibility of

1  settlement, without incurring the time and expense of ongoing discovery and other work
2  during settlement discussions.

3      2.    As such, the Parties entered into a stay of discovery and other deadlines so
4  that the Parties could discuss settlement.  ECF No. 16.

5      3.    Plaintiff and LVMPD Defendants have participated in informal settlement
6  discussions.

7      4.    On July 23, 2021, Plaintiff sent LVMPD Defendants a formal demand.

8      5.    On October 24, 2021, LVMPD Defendants responded to Plaintiff's demand
9  and made an informal offer, subject to the approval of the Sheriff.

10      6.    Plaintiff and LVMPD Defendants have made substantial progress in
11  discussions but require additional time to agree to terms.

12      7.    Plaintiff and the County have also had a discussion and anticipate having
13  further discussions.

14      8.    Accordingly, the Parties hereby agree and request the Court to enter a stay of
15  all deadlines in the instant case until December 17, 2021.

16      9.    Notwithstanding the stay, the Parties intend to and hereby agree to cooperate
17  in the exchange of information as needed to facilitate settlement.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

10. The Parties further agree that, should they not be able to reach a settlement through informal discussion, they will provide an updated discovery plan and scheduling order to the Court within 14 days from the stay expiring.

Dated this 8th day of November, 2021

MCLETCHIE LAW

By: /s/ Margaret A. McLetchie
    Margaret A. McLetchie, Esq.
    Nevada Bar No. 10931
    Leo S. Wolpert, Esq.
    Nevada Bar No. 12658
    701 E. Bridger Avenue, Suite 520
    Las Vegas, Nevada 89101
    Attorneys for Plaintiff Brandon Summers

Dated this 8th day of November, 2021

MARQUIS AURBACH COFFING

By: /s/ Jackie V. Nichols
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    Jackie V. Nichols, Esq.
    Nevada Bar No. 14246
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Defendants Las Vegas Metropolitan Police Department, Sheriff Joseph Lombardo, Sergeant Mark Cirkosz, Officer Jake Freeman, Officer Blake Vernon, and Officer Gerardo Reyes

Dated this 8th day of November, 2021

CLARK COUNTY DISTRICT ATTORNEY'S OFFICE

By: /s/ Robert T. Warhola
    Steven D. Wolfson, Esq.
    District Attorney
    Nevada Bar No. 1565
    Robert T. Warhola, Esq.
    Deputy District Attorney
    Nevada Bar No. 4410
    500 South Grand Central Pkwy., 5th Flr.
    Las Vegas, Nevada 89155-2215
    Attorneys for Defendant Clark County

**ORDER**

IT IS SO ORDERED this 9th day of November, 2021.

_____
United States Magistrate Judge

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816