**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jnichols@maclaw.com
  Attorneys for Defendants Las Vegas Metropolitan
  Police Department, Sheriff Joseph Lombardo,
  Sergeant Mark Cirkosz, Officer Jake Freeman,
  Officer Blake Vernon, and Officer Gerardo Reyes

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON SUMMERS,<br><br>  Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; CLARK COUNTY, a political subdivision of the State of Nevada; SHERIFF JOSEPH LOMBARDO, an individual; SERGEANT MARK CIRKOSZ, an individual; OFFICER JAKE FREEMAN, an individual; OFFICER BLAKE VERNON, an individual; and OFFICER GERARDO REYES, an individual,<br><br>  Defendants. | Case Number:<br>2:20-cv-01815-APG-EJY<br><br>**STIPULATION AND ORDER TO STAY DEADLINES PENDING SETTLEMENT DISCUSSIONS (ECF NO. 26)**<br><br>**(THIRD REQUEST)** |

Plaintiff BRANDON SUMMERS ("Plaintiff"), Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, SHERIFF JOSEPH LOMBARDO, SERGEANT MARK CIRKOSZ, OFFICER JAKE FREEMAN, OFFICER BLAKE VERNON, and OFFICER GERARDO REYES (collectively "LVMPD Defendants"), and Defendant CLARK COUNTY, by their respective counsel, hereby stipulate to the following:

1. During the Fed. R. Civ. P. 26(f) conference conducted on December 9, 2020, the Parties determined that this matter was appropriate for possible early resolution and that

MAC:14687-319 4572313_2 12/27/2021 9:15 AM

1   a stay of discovery and other deadlines would allow the Parties to explore the possibility of
2   settlement, without incurring the time and expense of ongoing discovery and other work
3   during settlement discussions.

4    2.    As such, the Parties entered into a stay of discovery and other deadlines so
5   that the Parties could discuss settlement. ECF No. 16.

6    3.    Plaintiff and LVMPD Defendants have reached a settlement but require
7   additional time to finalize the terms of the agreement.

8    4.    Plaintiff and the County have reached a settlement (pursuant to which
9   Plaintiff's claims against the County shall be dismissed without prejudice and each side shall
10  bear their own fees and costs).

11    5.    The Parties are seeking an extension of the stay for an additional 60 days, up
12  to and including February 18, 2022 to finalize settlement agreements and/or documentation
13  and submit a Stipulation and Order for dismissal to the Court.

14    6.    Accordingly, the Parties hereby agree and request the Court to enter a stay of
15  all deadlines in the instant case.

16    7.    This is the Parties' third request for a stay of deadlines in this matter.

17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /

MAC:14687-319 4572313_2 12/27/2021 9:15 AM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816

8. Notwithstanding the stay, the Parties intend to and hereby agree to cooperate in the exchange of information as needed to facilitate settlement.

IT IS SO STIPULATED.

Dated this 27th day of December, 2021

MCLETCHIE LAW

By:  /s/ Margaret A. McLetchie
    Margaret A. McLetchie, Esq.
    Nevada Bar No. 10931
    Leo S. Wolpert, Esq.
    Nevada Bar No. 12658
    602 South 10th Street
    Las Vegas, Nevada 89101
    Attorneys for Plaintiff Brandon Summers

Dated this 27th day of December, 2021

MARQUIS AURBACH COFFING

By:  /s/ Jackie V. Nichols
    Nick D. Crosby, Esq.
    Nevada Bar No. 8996
    Jackie V. Nichols, Esq.
    Nevada Bar No. 14246
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Defendants Las Vegas Metropolitan Police Department, Sheriff Joseph Lombardo, Sergeant Mark Cirkosz, Officer Jake Freeman, Officer Blake Vernon, and Officer Gerardo Reyes

Dated this 27th day of December, 2021

CLARK COUNTY DISTRICT ATTORNEY'S OFFICE

By:  /s/ Robert T. Warhola
    Steven D. Wolfson, Esq.
    District Attorney
    Nevada Bar No. 1565
    Robert T. Warhola, Esq.
    Deputy District Attorney
    Nevada Bar No. 4410
    500 South Grand Central Pkwy., 5th Flr.
    Las Vegas, Nevada 89155-2215
    Attorneys for Defendant Clark County

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

**Dated:  December 27, 2021**