**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jnichols@maclaw.com
  Attorneys for Defendants Las Vegas Metropolitan
  Police Department, Sheriff Joseph Lombardo,
  Sergeant Mark Cirkosz, Officer Jake Freeman,
  Officer Blake Vernon, and Officer Gerardo Reyes

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON SUMMERS,<br><br>              Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; CLARK COUNTY, a political subdivision of the State of Nevada; SHERIFF JOSEPH LOMBARDO, an individual; SERGEANT MARK CIRKOSZ, an individual; OFFICER JAKE FREEMAN, an individual; OFFICER BLAKE VERNON, an individual; and OFFICER GERARDO REYES, an individual,<br><br>              Defendants. | Case Number:<br>2:20-cv-01815-APG-EJY<br><br>**STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Plaintiff Brandon Summers ("Plaintiff"), by and through his counsel of record, Margaret A. McLetchie, Esq. and Leo S. Wolpert, Esq. of the law firm of McLetchie Law, Defendants Las Vegas Metropolitan Police Department, Sheriff Joseph Lombardo, Sergeant Mark Cirkosz, Officer Jake Freeman, Officer Blake Vernon, and Officer Gerardo Reyes (collectively "LVMPD Defendants"), by and through their counsel of record, Nick D. Crosby, Esq. and Jackie V. Nichols, Esq. of the law firm of Marquis Aurbach, and Defendant Clark County ("Clark County"), by and

MAC:14687-319 4596089_1 2/25/2022 1:24 PM

1  through their counsel of record, Robert T. Warhola, Esq. of the Clark County District
2  Attorney's Office, that the parties agree as follows:
3      1.    Any and all claims with respect to the above-captioned matter are hereby
4  dismissed with prejudice as to Plaintiff Brandon Summers, LVMPD Defendants, and
5  Defendant Clark County; and
6      2.    Each party will bear its own attorney fees and costs.
7      IT IS SO STIPULATED.
8  Dated this 28 day of February, 2022     Dated this 28th day of February, 2022
9  MCLETCHIE LAW     MARQUIS AURBACH

By: /s/     By: /s/ Jackie V. Nichols
Margaret A. McLetchie, Esq.     Nick D. Crosby, Esq.
Nevada Bar No. 10931     Nevada Bar No. 8996
Leo S. Wolpert, Esq.     Jackie V. Nichols, Esq.
Nevada Bar No. 12658     Nevada Bar No. 14246
602 South 10th Street     10001 Park Run Drive
Las Vegas, Nevada 89101     Las Vegas, Nevada 89145
Attorneys for Plaintiff Brandon Summers     Attorneys for Defendants Las Vegas Metropolitan Police Department, Sheriff Joseph Lombardo, Sergeant Mark Cirkosz, Officer Jake Freeman, Officer Blake Vernon, and Officer Gerardo Reyes

Dated this 28th day of February, 2022

CLARK COUNTY DISTRICT ATTORNEY'S OFFICE

By: /s/ Robert T. Warhola
Steven D. Wolfson, Esq.
District Attorney
Nevada Bar No. 1565
Robert T. Warhola, Esq.
Deputy District Attorney
Nevada Bar No. 4410
500 South Grand Central Pkwy., 5th Flr.
Las Vegas, Nevada 89155-2215
Attorneys for Defendant Clark County

MAC:14687-319 4596089_1 2/25/2022 1:24 PM

**ORDER**

IT IS SO ORDERED that Plaintiff's claims are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that each party shall bear its own attorney's fees and costs.

Dated this  1st  day of  March , 2022.

_____
UNITED STATES DISTRICT COURT JUDGE